DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DARRELL HALLETT,**
Appellant,

v.

**ERNEST JACQUET**, and **FREEDOM CAPITAL PARTNERS, LLC,** a
Florida limited liability company,
Appellees.

Nos. 4D21-1164 and 4D21-1895

[December 15, 2022]

Consolidated appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Howard K. Coates, Jr., Judge; L.T. Case No. 50-2018-CA-002428-XXXX-MB.

Darrell Hallett, Newport Beach, California, pro se.

Jonathan R. Weiss and Amanda E. Preston of Squire Patton Boggs, LLP, Miami, for appellees.

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE and ARTAU, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***